UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RYAN HARTZEL,

               Plaintiff,

     v.                                 **Civil Action No.  16-CV-738**

SUNPATH, LTD and
JOHN DOE d/b/a AUTO PROTECTION,

               Defendant.
_____

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff  Ryan Hartzel, hereby voluntarily dismisses this action against Defendants, Sunpath, LTD and John Doe d/b/a Auto Protection, with prejudice.

DATED:  05/02//2017

*/s/ Seth J. Andrews*_____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller, PLLC
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288
Facsimile:  (716) 332-1884